**Tamara Rubin**
**7933 SE 15th Avenue**
**Porland, Or 97202**

June 24, 2024

**Re: Ritter v. Rubin**

Dear Ms. Rubin:

We have reviewed your correspondence dated June 20, 2024, and find that we are unable to agree with the proposed resolution set forth therein. We feel that this relationship has deteriorated past the point where collaboration can be fruitful. Too much time has elapsed and each party has lost trust and credibility with the other. Our client is not interested in re-negotiation of the contract, and he is not interested in aligning his product with your brand any longer. As such, our client demands a full refund of the $ 90,000.00 that was advanced to you for the advertising banners and other services which never were provided. Additionally, our client is seeking a refund of the other monies which were loaned to you in furtherance of your proposed collaborative arrangement.

Please be reminded that the relationship between Tamara Elise Rubin for Lead Safe Mama LLC and Eric Ritter for Scitus/Spirochaete Research Labs remains governed by the document signed in April 2023. The purported revised Advertising Agreement was not executed by both parties, and as such, has no impact herein.

The April 2023 Agreement provides that a full refund would be issued upon written notice that the Advertiser, i.e Eric Ritter for Scitus/Spirochaete Research Labs deemed the product not in compliance with Lead Safe Mama's benchmarks. Mr. Ritter gave such written notice in various communications with you beginning in February 2024 and again formally on June 5, 2024. As such, we expect you to honor the payment schedule set forth in the April 2023 Agreement.

Moreover, in your verbal and text communications with Mr. Ritter, you had agreed to provide the following services:

- 3 ten minute sponsorship videos
- Info Sheet Sponsorship
- Newsletter Sponsorship

Lastly, our client purchased a computer for you to use in assisting him with his social media platform. As the relationship will not be moving forward, we expect the computer to be returned, or that you will reimburse our client for its purchase price of $7,000.00.

It remains undisputed that no advertising banner was ever displayed on the website or other platform of Tamara Elise Rubin for Lead Safe Mama LLC; further, no sponsorship newsletters, or information sheets were created. Although one video was created, you removed it from your

website in a shorter time frame than was agreed. As such, we are seeking the return of these fees as well.

As we have discussed previously, our client seeks the return of $119,500.00 as the balance of monies paid to you for services which were not provided.

We hereby demand that you remit the sum of $29,500.00 within 5 business days, and the remaining balance of $90,000.00 in accordance with the Repayment schedule set forth in the April 2023 Agreement.

Your prompt attention to this matter is required to avoid further legal action.

Sincerely,


Johannesen & Johannesen, PLLC
By: Richard Johannesen

cc: Eric Ritter, President