UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ERIC RITTER,
SPIROCHAETE RESEARCH LABS LLC,
Plaintiffs,

v.

TAMARA RUBIN,
LEAD SAFE MAMA LLC,
Defendants.
_____

No. _____

**RULE 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Spirochaete Research Labs, LLC, a New York limited liability company, certifies that the following are corporate parents, affiliates and/or subsidiaries of Plaintiff Spirochaete Research Labs, LLC, which are publicly held:

    NONE.

Respectfully submitted,

**SALMON RICCHEZZA SINGER & TURCHI LLP**

Dated: 4-16-2025

BY: */s/WMMullineaux*
William Mark Mullineaux, Esquire
110 East 59th Street, 22nd Floor
New York. NY 10022
Tel: 610-291-3850 (cell)
Email: mmullineaux@srstlaw.com