UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

ERIC RITTER, ET AL                                                Case No. 25-cv- 2124

                        Plaintiffs,

      v.

TAMARA RUBIN, ET AL,

                        Defendants.

_____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

DEFENDANTS


(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held DEFENDANTS.  If there are no such corporations, the form shall so state.

There are no such corporations.

.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

DEFENDANTS are citizens of the State of Oregon and domiciled in the State of Oregon.

Date: October 31, 2025

/Armando Llorens/

Signature of Attorney

222837

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022