UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ERIC RITTER,
SPIROCHAETE RESEARCH LABS LLC,
Plaintiffs,

v.

TAMARA RUBIN,
LEAD SAFE MAMA LLC,
Defendants.

No. 2:25-cv-02124

**MOTION TO FILE AMENDED COMPLAINT**

---

Plaintiffs by and through undersigned counsel, move for permission to file an Amended Complaint to address the issue of diversity of citizenship between Defendants and Plaintiffs.

1. Attached as Exhibit 1 a copy of the proposed Amended Complaint.

2. The additions to the proposed Amended Complaint that are "new" are in red in the attached proposed Amended Complaint.

3. The proposed Amended Complaint, and affidavits from Plaintiff Eric Ritter and counsel, establish the places of citizenship and domicile of the two Plaintiffs and two Defendants. The Affidavits of Eric Ritter and counsel are attached as Exhibits 2 and 3.

4. The following are paragraphs 4 through 7 of the Amended Complaint with new language in red:

> 4. Plaintiff ERIC RITTER is a citizen of New York and an adult individual domiciled in New York, based on the facts in Exhibit D hereto (Mr. Ritter's Affirmation), including he lives at 690 Rte 25a, Suite 3, East Setauket, New York 11733, is registered to vote in Hauppauge, New York, holds a New York driver's license and registers his vehicle in New York, files state income tax returns with New York and pays New York state taxes, his primary bank and brokerage accounts are located in New York, his primary physician, accountant, and professional advisors are in New York, his business, Spirochaete Research Labs, LLC, operates in New York.

.        5. Plaintiff SPIROCHAETE RESEARCH LABS, LLC is a limited liability company with its principal place of business at 690 Rte 25a, Suite 3, East Setauket, New York 11733; and it has been organized under the law of New York. Plaintiff SPIROCHAETE RESEARCH LABS, LLC has just one member only one member-Plaintiff Eric Ritter. As stated above and in Exhibit D hereto, Mr. Ritter, the sole member, is domiciled in New York and a resident of the State of New York. SPIROCHAETE RESEARCH LABS, LLC has a registered DBA for Scitus Lab Products. At times Plaintiff SPIROCHAETE RESEARCH LABS, LLC uses Scitus Lab Products in its conduct of business.

   6. Defendant TAMARA RUBIN is a citizen of Oregon and an adult individual domiciled in Oregon, living at the address 7933 SE 15th Ave., Portland, Oregon 09702. Ms. Rubin in the Rule 7.1 Statement filed in this case (Doc. 22) states: "DEFENDANTS are citizens of the State of Oregon and domiciled in the State of Oregon." With this admission, Ms. Rubin is a citizen of and domiciled in Oregan.

   7. Defendant LEAD SAFE MAMA LLC is a limited liability company and a citizen of Oregon with a principal place of business at 7933 SE 15th Ave., Portland, Oregon 09702; and it is organized by the State of Oregon. LEAD SAFE MAMA LLC in the Rule 7.1 Statement filed in this case (Doc. 22) states: "DEFENDANTS are citizens of the State of Oregon and domiciled in the State of Oregon." Counsel for Defendants have informed Plaintiff that all members of LEAD SAFE MAMA LLC are citizens of and domiciled in Oregon. See Exhibit E hereto (Mullineaux's Affirmation).  With those two admissions, LEAD SAFE MAMA LLC is a citizen of Oregan and domiciled in Oregon.

<u>Plaintiff's Citizenship and Domicile</u>

   5.   Plaintiff Spirochaete Research Labs, LLC has only one member, which is Eric Ritter. As stated in his Affidavit (Exhibit 2 hereto), Mr. Ritter is a citizen and is domiciled in New York, he is registered to vote in Hauppauge, New York, holds a New York driver's license and registers his vehicle in New York, files state income tax returns with New York and pays New York state taxes, his primary bank and brokerage accounts are located in New York, his primary physician, accountant, and professional advisors are in New York, his business, Spirochaete Research Labs, LLC, operates in New York.

Defendants Citizenship and Domicile

6. Defendants in their Rule 7.1 Statement filed in this case state and admit: "DEFENDANTS are citizens of the State of Oregon and domiciled in the State of Oregon."

7. Counsel for Defendants stated that **all members** of LEAD SAFE MAMA LLC are citizens of the State of Oregon and domiciled in the State of Oregan. See Exhibit 3, Mullineaux affidavit paragraph 3.

8. The Public records from the Oregon Secretary of State's corporate division provide that LEAD SAFE MAMA LLC's principal place of business is: 7933 SE 15th Avenue, Portland, Oregon 97202I.

9. The public records from the Oregon Secretary of State's corporate division provide that Defendant Tamara Rubin is the registered agent and manager of LEAD SAFE MAMA LLC's and that her address also is 7933 SE 15th Avenue, Portland, Oregon 97202I.

10. LEAD SAFE MAMA LLC's Amended Annual Report filed with the Oregon Secretary of State on January 2, 2025, provides that Tamara Rubin is the registered agent and manager of LEAD SAFE MAMA LLC; and that the address of both Tamara Rubin and LEAD SAFE MAMA LLC's is 7933 SE 15th Avenue, Portland, Oregon 97202I.

11. Plaintiffs have searched to locate further information on the members of LEAD SAFE MAMA LLC and that has been unsuccessful. Plaintiffs have exercised due diligence to find more information but nothing else relevant can be found.

12. As a practical manner the only way Plaintiffs can obtain further information related to jurisdiction over the defendants is to take formal jurisdiction discovery. The other information related to jurisdiction is not public.

13. If the Court finds that this Motion, the attached affidavits, and Defendants'

admissions filed of record, do not establish properly pled citizenship and domicile of the Defendants in Oregon, Plaintiffs in the alternative request that the Court allow Plaintiffs to take limited discovery on citizenship and domicile of the Defendants.

**SALMON, RICCHEZZA, SINGER & TURCHI LLP**

BY: */s/WMMullineaux*
**William Mark Mullineaux, Esquire
Identification No. 40964
1601 Market St., Suite 2400
Philadelphia, PA  19103
(610) 291-3850 (phone)
(215) 606-6601 (fax)**
mmullineaux@srstlaw.com

## **CERTIFICATE OF SERVICE**

I, William Mark Mullineaux certify that on November 5, 2025, I filed the foregoing Motion with the Court and service was made on counsel for Defendants by Court's CM/ECF system.

Salmon Ricchezza Singer & Turchi, LLP
By: */s/WMMullineaux*
William Mark Mullineaux
