United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**26-cv-00414-ARL**

1) indicated that this case is related to the following case(s):

**25-cv-02124-NJC-ST**

OR

2) was directly assigned as a Pro Se case as related to

